IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON JOIEL SUGGS,

      Plaintiff,                    No. CIV S-12-1007 GEB CKD P

    vs.

JAMES WALKER,

      Defendant.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. See Docket No. 5. Under Fed. R. Civ. P. 41(a)(1)(i), a plaintiff has "an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. ... The dismissal is effective on filing and no court order is required." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir.1997). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

////

////

////

////

////

1    The court construes plaintiff's request as a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(i) and finds that plaintiff's dismissal of his case without prejudice was effective when he filed his request.  See J&J Sports Production, Inc. v. George, 2008 WL 2127990 (E.D. Cal.).  The court need not order dismissal of the complaint, but it will direct the Clerk of Court to close the case.  Id.

   Accordingly, IT IS HEREBY ORDERED that the Clerk of Court close this case.

Dated: June 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
sugg1007.59